**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| LOGISTICS MANAGEMENT INSTITUTE,<br><br>    *Plaintiff/Counterclaim-Defendant*,<br>v.<br><br>COSMO DIMAGGIO, III,<br><br>    *Defendant/Counterclaim-Plaintiff*. | Civil Action No. 1:19-cv-01369-TSE-IDD |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff/Counterclaim-Defendant Logistics Management Institute and Defendant/Counterclaim-Plaintiff, Cosmo DiMaggio, III, by their respective counsel, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of this lawsuit, including all claims and counterclaims, with prejudice.

    Respectfully submitted,

| | |
|---|---|
| ODIN, FELDMAN & PITTLEMAN, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| By: */s/ Craig J. Franco* | By: */s/ Lincoln O. Bisbee* |
| Craig J. Franco, Bar No. 41449 | Lincoln O. Bisbee, Bar No. 92720 |
| craig.franco@ofplaw.com | lincoln.bisbee@morganlewis.com |
| 1775 Wiehle Ave., Suite 400 | Zachary S. Stinson, Bar No. 79110 |
| Reston, VA 20190 | zachary.stinson@morganlewis.com |
| Telephone: 703-218-2302 | 1111 Pennsylvania Avenue, NW |
| Facsimile: 703-218-2160 | Washington, DC  20004 |
| | Telephone:   +1.202.739.3000 |
| *Counsel for Cosmo DiMaggio, III* | Facsimile:   +1.202.739.3001 |
| | *Attorneys for Logistics Management Institute* |

DATED:    April 7, 2020

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing was electronically filed via the Court's ECF filing system on this 7th day of April, 2020, which will notify registered counsel listed below:

>Craig James Franco, Esq.
>ODIN, FELDMAN & PITTLEMAN, P.C.
>1775 Wiehle Ave., Suite 400
>Reston, VA  20190
>Tel.: 703-218-2100
>Fax: 703-218-2160
>Email: craig.franco@ofplaw.com
>
>*Counsel for Cosmo DiMaggio, III*

>By: */s/ Lincoln O. Bisbee*
>Lincoln O. Bisbee, Bar No. 92720
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC  20004
>Telephone:     +1.202.739.3000
>Facsimile:     +1.202.739.3001
>lincoln.bisbee@morganlewis.com